

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. PD-0306-14

### THE STATE OF TEXAS

### v.

### DAVID VILLARREAL, Appellee

### ON STATE'S MOTION FOR REHEARING
### AFTER OPINION ON DISCRETIONARY REVIEW
### FROM THE THIRTEENTH COURT OF APPEALS
### NUECES COUNTY

*Per curiam*. MEYERS, J., filed a concurring opinion. RICHARDSON, J., filed a concurring opinion. NEWELL, J., filed a concurring opinion. KEASLER, J., filed a dissenting opinion in which HERVEY, J., joined. YEARY, J., filed a dissenting opinion in which KELLER, P.J., joined.

### O P I N I O N

Having granted the State's motion for rehearing in this case, and having considered its merits, we now conclude that the State's motion was improvidently granted. We deny the State's motion for rehearing. No further motions for rehearing will be entertained.

Delivered: December 16, 2015

Publish